AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gropper, Allan L. | US Bankruptcy Court | 07/22/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination ☐ Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>01/09/2015 |

**7. Chambers or Office Address**

US Bankruptcy Court, Alexander
Hamilton Custom House,
1 Bowling Green, NY, NY 10004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Honorary Trustee | The Browning School |
| 2. | Treasurer and Member of Executive Committee | Association of the Bar of the City of New York |
| 3. | Treasurer and Member, Board of Directors | Association of the Bar of the City of New York Fund, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/00 | White & Case LLP Retirement Income Plans (former law firm; no control) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Fordham Law School (teaching) | $5,000.00 |
| 2. 2014 | Retirement income from White & Case LLP Retirement Income Plan | $41,517.00 |
| 3. 2014 | Mattthew Bender & Co. Inc. (publication) | $800.00 |
| 4. 2014 | White & Case Unfunded Pension Plan | $98.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Columbia University (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 02/05/2014-02/10/2014 | San Juan, P.R. | Seminar and program | Transportation, meals, lodging |
| 2. | American College of Bankruptcy | 05/09/2014-05/11/2014 | New Orleans, LA | Seminar and program | Transportation, meals, lodging |
| 3. | International Insolvency Institute | 06/06/2014-06/10//2014 | Mexico City, Mexico | Seminar and program | Transportation, meals, lodging |
| 4. | C5 Communications Ltd. | 09/28/2014-09/29/2014 | Miami Beach, Florida | Seminar and program | Transportation, meals, lodging |
| 5. | Turnaround Management Association | 09/29/2014-09/30/2014 | Toronto, Ontario, Canada | Seminar and program | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/22/2015 |

6. Institute for Judicial Training    10/21/2014-10/24/2014  Durbuy, Belgium    Seminar and program    Transportation, meals, lodging

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/22/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Manhattan Bank Account | A | Interest | J | T | | | | | |
| 2. Keybank | A | Interest | K | T | | | | | |
| 3. DNG Acquisition Group LLC | C | Distribution | J | U | | | | | |
| 4. Sheridan Properties I, LLC | | None | J | U | | | | | |
| 5. Sheridan Equity Partners | A | Distribution | J | U | | | | | |
| 6. Trust u/w/o ▮▮▮▮ | E | Int./Div. | O | T | | | | | |
| 7. -US Treasury Notes | | | | | | | | | |
| 8. - Allstate Corp. stock | | | | | | | | | |
| 9. - Exxon Mobil Corp. stock | | | | | | | | | |
| 10. - General Mills stock | | | | | | | | | |
| 11. - Royal Dutch Petroleum stock | | | | | | | | | |
| 12. -Tax Exempt Securities Trust | | | | | Redeemed | 01/06/14 | J | | |
| 13. -Vanguard Tax Managed Balanced Fund | | | | | | | | | |
| 14. - Worldwide Golf Resources stock | | | | | | | | | |
| 15. - Nassau County Swr Fin Auth Bond | | | | | Redeemed | 12/01/14 | K | | |
| 16. -Vanguard Life Strategy Inc. Fund | | | | | | | | | |
| 17. -Longleaf Partners Inc. Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Met. Transp. Auth 5.25% Bond | | | | | | | | | |
| 19. - NYC Ser C-1 5.25% Bond | | | | | Redeemed | 08/15/14 | J | | |
| 20. - NYC Ser C-1 5.25% Bond | | | | | Redeemed | 08/15/14 | K | | |
| 21. - NYC Ser E 5.0% Bond | | | | | Redeemed | 11/03/14 | J | | |
| 22. - NYC Ser K 4.0% Bond | | | | | | | | | |
| 23. - Vanguard World Utilities | | | | | | | | | |
| 24. -Vanguard Whitehall High Dividend Fund | | | | | | | | | |
| 25. -Vanguard Energy Fund | | | | | Sold (part) | 08/12/14 | J | B | |
| 26. -Vanguard Energy Fund | | | | | Sold | 12/26/14 | K | | |
| 27. -NYC Health Hosp Corp Rfdg Ser A | | | | | | | | | |
| 28. -Wisconsin St. Rfdg Ser 1 | | | | | | | | | |
| 29. -Tilson Dividend Fund, a/k/a Centaur Total Return Fund | | | | | Sold | 03/12/14 | J | A | |
| 30. -FPA Crescent Portfolio Fund | | | | | | | | | |
| 31. -Vanguard Life Income Fund | | | | | Sold (part) | 06/12/14 | K | C | |
| 32. -Vanguard Life Income Fund | | | | | Sold | 09/11/14 | K | A | |
| 33. -Clarence NY Cent Sch Dist Series B 4.375% | | | | | | | | | |
| 34. -NYC Ser N 5.0% Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard REIT Index Fund | | | | | | | | | |
| 36. -Westchester Co. Bond | | | | | | | | | |
| 37. -Dutchess Co. Water Auth. Bond | | | | | | | | | |
| 38. -NYS Dormitory Auth. Revs. St. Bond | | | | | | | | | |
| 39. --NYS Dormitory Auth Revs. Non-St | | | | | | | | | |
| 40. -NYS Twy Auth. Second Gen.Hwy | | | | | | | | | |
| 41. -Rush-Henrietta NY School Dist. Bond | | | | | | | | | |
| 42. -Sachem Central School Dist. Rfdg. Bond | | | | | Buy | 05/09/14 | J | | |
| 43. -New York NY FO Addl Ser C-1-FSA-CR 4.25% | | | | | Buy | 12/11/14 | K | | |
| 44. -NY St Dorm. Supported 4.0% Bond | | | | | Buy | 11/20/14 | K | | |
| 45. -Saratoga Springs NY 5.0% Bond | | | | | Buy | 05/09/14 | K | | |
| 46. Pershing LLC Fund (FDIC Insured Bank Deposits) | A | Dividend | K | T | | | | | |
| 47. Exxon Mobil Corp. stock | C | Dividend | M | T | | | | | |
| 48. Allstate Corp. stock | A | Dividend | L | T | | | | | |
| 49. Brown Forman stock | A | Dividend | K | T | | | | | |
| 50. Costco Wholesale Corp stock | A | Dividend | K | T | | | | | |
| 51. Johnson & Johnson stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Health Care Fund | C | Dividend | K | T | | | | | |
| 53. Vanguard Dividend Growth Income Fund | C | Dividend | M | T | | | | | |
| 54. Vanguard Tax Managed Small Cap Fund | A | Dividend | K | T | | | | | |
| 55. Vanguard Total International Fund | B | Dividend | L | T | | | | | |
| 56. Vanguard High Yield Corp. Fund | A | Dividend | | | Sold | 08/01/14 | K | B | |
| 57. Vanguard Wellesley Income Fund | B | Dividend | K | T | | | | | |
| 58. Berkshire Hathaway Inc. Stock | | None | L | T | | | | | |
| 59. NYS Twy Auth Ser A 5.0% | B | Interest | J | T | | | | | |
| 60. NYS Twy Auth Ser A 5.0% | A | Interest | | | Redeemed (part) | 09/15/14 | K | A | |
| 61. Port Auth NY&NJ 4.25% Bond | A | Interest | K | T | | | | | |
| 62. Port Auth NY&NJ 5.0% Bond | A | Interest | J | T | | | | | |
| 63. Charles Schwab IRA | G | Int./Div. | P1 | T | | | | | |
| 64. -Schwab US Treas. Money Fund | | | | | | | | | |
| 65. -Dodge & Cox Income Fund | | | | | Sold (part) | 01/13/14 | M | E | |
| 66. -DoubleLine Total Return Bond Fund | | | | | Sold (part) | 01/13/14 | M | B | |
| 67. -DoubleLine Total Return Bond Fund | | | | | Buy (add'l) | 12/11/14 | M | | |
| 68. -Ivy High Income Fund | | | | | Sold (part) | 01/13/14 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ivy High Income Fund | | | | | Sold (part) | 12/09/14 | M | | |
| 70. -Ivy High Income Fund | | | | | Sold (part) | 12/11/14 | M | | |
| 71. -Ivy High Income Fund | | | | | Sold | 12/15/14 | J | | |
| 72. -Oakmark Equity & Income Fund | | | | | Sold (part) | 01/13/14 | M | D | |
| 73. - Vanguard STAR Fund | | | | | | | | | |
| 74. - Vanguard Wellington Fund | | | | | | | | | |
| 75. -Vanguard Growth & Income Fund | | | | | | | | | |
| 76. - Vanguard Explorer Fund | | | | | | | | | |
| 77. - Vanguard Equity Fund | | | | | | | | | |
| 78. - Vanguard 500 Index Fund | | | | | | | | | |
| 79. -Angel Oak Multi-Strategy Income Fund A | | | | | Sold (part) | 01/13/14 | M | | |
| 80. -Gateway Index Plus Fund | | | | | Sold (part) | 01/13/14 | M | | |
| 81. -Guggenheim Floating Rate Stategies Fund A | | | | | Sold (part) | 01/13/14 | L | A | |
| 82. -Guggenheim Floating Rate Strategies Fund A | | | | | Sold | 12/17/14 | M | | |
| 83. -Invesco Floating Rate Fund Cl A | | | | | Sold (part) | 01/13/14 | M | A | |
| 84. -Invesco Floating Rate Fund Cl A | | | | | Sold | 12/16/14 | N | | |
| 85. -T.Rowe Price Capital Appreciation | | | | | Buy (add'l) | 01/24/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -T Rowe Price Capital Appreciation | | | | | Buy (add'l) | 03/18/14 | L | | |
| 87. -Westwood Income Opportunity Fund Cl A | | | | | Sold (part) | 01/13/14 | M | D | |
| 88. -Loomis Sayles Bond Fund | | | | | Buy | 01/24/14 | M | | |
| 89. -Loomis Sayles Bond Fund | | | | | Sold (part) | 12/12/14 | L | | |
| 90. -Rydex Healthcare Fund | | | | | Buy | 01/30/14 | M | | |
| 91. -Rydex Healthcare Fund | | | | | Buy (add'l) | 10/27/14 | L | | |
| 92. -Rydex Healthcare Fund | | | | | Sold (part) | 04/08/14 | L | | |
| 93. -Rydex Leisure Fund | | | | | Buy | 01/15/14 | L | | |
| 94. -Rydex Leisure Fund | | | | | Buy (add'l) | 02/07/14 | L | | |
| 95. -Rydex Leisure Fund | | | | | Sold | 09/11/14 | M | D | |
| 96. -Rydex Retailing | | | | | Buy | 11/14/14 | L | | |
| 97. -American Funds New World Fund F | | | | | Buy | 04/17/14 | L | | |
| 98. -Deutsche High Income Fund Class A | | | | | Buy | 01/24/14 | M | | |
| 99. -Deutsche High Income Fund Class A | | | | | Sold | 12/11/14 | M | | |
| 100. -PowerShares FTSE RAFI US 1000 Portfolio | | | | | Buy | 09/11/14 | L | | |
| 101. -PowerShares FTSE RAFI US 1000 Portfolio | | | | | Buy (add'l) | 11/03/14 | L | | |
| 102. -SPDR S&P Mid-Cap 400 Trust Fund | | | | | Buy | 01/14/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -SPDR S&P Mid-Cap 400 Trust Fund | | | | | Sold | 10/14/14 | M | | |
| 104.  -SPDR Sector Industrials | | | | | Buy | 10/28/14 | L | | |
| 105.  -SPDR Sector Industrials | | | | | Buy (add'l) | 11/07/14 | L | | |
| 106.  -Vanguatd Dividend Appreciation | | | | | Buy | 12/30/14 | L | | |
| 107.  -iShares Cohen & Steers Realty | | | | | Buy | 01/22/14 | L | | |
| 108.  -iShares Cohen & Steers Realty | | | | | Buy (add'l) | 04/08/14 | L | | |
| 109.  -iShares DJ US IDX Transportation | | | | | Buy | 01/24/14 | M | | |
| 110.  -iShares DJ US IDX Transportation | | | | | Sold | 10/15/14 | M | D | |
| 111.  NYS 529 College Savings Account (no control) | A | Dividend | J | T | | | | | |
| 112.  -Mid-Cap Stock Index Portfolio | | | | | | | | | |
| 113.  -Small-Cap Stock Index Portfolio | | | | | | | | | |
| 114.  -Bond Market Index Portfolio | | | | | | | | | |
| 115.  Columbia Univ SIP | B | Dividend | N | T | Buy addtl | 01/31/14 | J | | |
| 116.  Charles Schwab IRA | E | Int./Div. | O | T | | | | | |
| 117.  - Schwab US Treas. Money Fund | | | | | | | | | |
| 118.  -American High Income Bond Fund | | | | | Sold | 12/11/14 | K | | |
| 119.  -American Funds Capital Income Builder | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -American Funds Growth Fund of America | | | | | Buy | 01/16/14 | K | | |
| 121. -American Funds Growth Fund of America | | | | | Sold | 10/15/14 | K | | |
| 122. -American Funds Growth Fund of America | | | | | Buy | 12/30/14 | J | | |
| 123. -American Funds New World Fund F | | | | | Buy | 04/17/14 | K | | |
| 124. -American Funds New World Fund F | | | | | Sold | 09/29/14 | K | | |
| 125. -Loomis Sayles Bond Fund | | | | | Sold (part) | 12/12/14 | J | B | |
| 126. -Metropolitan West Total Return Bond Fund | | | | | | | | | |
| 127. -PIMCO Foreign Bond D | | | | | | | | | |
| 128. -Rydex Healthcare Fund | | | | | Buy (add'l) | 01/09/14 | J | | |
| 129. -Rydex Healthcare Fund | | | | | Sold (part) | 04/08/14 | K | D | |
| 130. -Rydex Healthcare Fund | | | | | Buy (add'l) | 10/28/14 | J | | |
| 131. -Rydex Leisure Fund | | | | | Sold | 01/29/14 | J | C | |
| 132. -Rydex Transportation Fund | | | | | Sold (part) | 02/06/14 | J | B | |
| 133. -Rydex Retailing Fund | | | | | Buy | 10/25/14 | K | | |
| 134. -Rydex Transportation Fund | | | | | Sold | 10/14/14 | K | D | |
| 135. -DWS High-Yield Fund | | | | | | | | | |
| 136. -Cohen & Steers Realty Shares | | | | | Buy | 01/29/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Cohen & Steers Realty Shares | | | | | Buy (add'l) | 04/08/14 | J | | |
| 138. -DoubleLine Total Return Bond Fund | | | | | Buy | 12/29/14 | K | | |
| 139. -Franklin Income Fund A | | | | | Buy | 02/19/14 | J | | |
| 140. -Franklin Income Fund A | | | | | Sold | 12/11/14 | J | | |
| 141. -Schwab U.S. Broad Market ETF | | | | | Sold (part) | 10/15/14 | J | C | |
| 142. -BlackRock Global Allocation | | | | | | | | | |
| 143. -Cullen High Dividend Equity Fund Retail | | | | | | | | | |
| 144. -Invesco Comstock Fund | | | | | Sold (part) | 02/03/14 | J | A | |
| 145. -Invesco Comstock Fund | | | | | Sold (part) | 10/14/14 | J | B | |
| 146. -Rydex Consumer Products Fund | | | | | Sold (part) | 02/05/14 | J | | |
| 147. -ProFunds Short Real Estate Fund | | | | | Sold | 01/10/14 | K | | |
| 148. -T. Rowe Price Capital Appreciation Fund | | | | | Buy (add'l) | 03/18/14 | K | | |
| 149. -Vanguard Emerging Market Fund | | | | | Sold | 01/24/14 | K | | |
| 150. -Guggenheim S&P 500 Equal Weight ETF | | | | | Buy | 09/11/14 | K | | |
| 151. -Guggenheim S&P 500 Equal Weight ETF | | | | | Buy (add'l) | 10/31/14 | K | | |
| 152. -ICON Industrials Fund Class S | | | | | Buy | 12/30/14 | K | | |
| 153. -ProFunds Industrial Ultra Sector | | | | | Buy | 11/06/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Arch Capital Group Ltd. stock | A | Dividend | J | T | Buy | 01/13/14 | J | | |
| 155. Bank of New York Mellon Stock | A | Dividend | J | T | Buy | 01/16/14 | J | | |
| 156. Berkshire Hathaway Inc. Stock | | None | K | T | Buy | 01/31/14 | K | | |
| 157. Costco Wholesale Corp. Stock | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 158. Expeditors Intl. Wash Inc.Stock | A | Dividend | J | T | Buy | 01/14/14 | J | | |
| 159. Loews Corp. Stock | A | Dividend | J | T | Buy | 01/23/14 | J | | |
| 160. Vanguard Specialized Portfolios Div. App. Fund | A | Dividend | J | T | Buy | 02/13/14 | J | | |
| 161. Vanguard Specialized Portfolios Div. App. Fund | A | Dividend | J | T | Buy (add'l) | 03/07/14 | J | | |
| 162. Vanguard Specialized Portfolios Div. App. Fund | A | Dividend | J | T | Buy (add'l) | 05/06/14 | J | | |
| 163. Vanguard Intl. Equity Index Fund | A | Dividend | J | T | Buy | 01/15/14 | J | | |
| 164. Vanguard Intl. Equity Index Fund | A | Dividend | J | T | Buy (add'l) | 04/03/14 | J | | |
| 165. Vanguard Intl. Equity Index Fund | A | Dividend | J | T | Buy (add'l) | 09/24/14 | J | | |
| 166. Vanguard Index Funds -- REIT ETF | A | Dividend | J | T | Buy | 01/23/14 | J | | |
| 167. Vanguard Index Funds -- REIT ETF | A | Dividend | J | T | Buy (add'l) | 03/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/22/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 115   These are monthly contributions to a SIP account by automatic deductions from a paycheck.  No further information is available.

Note:  I received an extension of time to file this report until July 22, 2015.  This is my final report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Allan L. Gropper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544